IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CV-20-FL

| | |
|---|---|
| GEORGIA ARNETTE GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| J.B. MONETTE, Individually; ) | |
| SHERIFF NEIL ELKS, Individually; ) | |
| CRAIG F. GOESS, INC., doing ) | |
| business as Greenville Toyota; CRAIG ) | ORDER |
| F. GOESS, SR.; CRAIG F. GOESS, ) | |
| JR.; THE STATE OF NORTH ) | |
| CAROLINA; PITT COUNTY; ) | |
| KIMBERLY ROBB, Pitt County Elect ) | |
| District Attorney; JAMES ) | |
| SAUNDERS, Assistant District ) | |
| Attorney; and PITT COUNTY ) | |
| SUPERIOR COURT JUDGES, ) | |
| ) | |
| Defendants. ) | |

This court has carefully reviewed the memorandum and recommendation of the magistrate judge on frivolity review of plaintiff's expansive allegations memorialized in complaint extending over 350 pages, to which no objection has been made. Finding no error, the court adopts as its own, for those reasons therein stated, the proposed conclusions of the magistrate judge. All federal claims are dismissed, the court declines to exercise supplemental jurisdiction over remaining state law claims, and where her attempted removal of an ongoing state criminal case fails, that case is remanded to the North Carolina General Court of Justice, Pitt County, for further proceedings. The clerk is directed to close the file.

SO ORDERED, this the 22nd day of July, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge

2